IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FIVE MILE, LLC and**
**GENERAL LAND GROUP, LLC,**

    **Plaintiffs,**                                **CIVIL ACTION NO: 1:21cv140**
                                                           **Hon. Judge T. Kleeh**

**v.**

**PRIMAX PROPERTIES, LLC**
**TRACTOR SUPPLY CO.,**
**JANE PROPERTIES, LLC,**
**JOYCE F. OFSA, and**
**PINNACLE BANK**

    **Defendants.**

## DISMISSAL ORDER

This day came the Plaintiffs, Five Mile, LC and General Land Group, LLC, and the Defendants, Primax Properties, LLC, Tractor Supply Co., Jane Properties, LLC, Joyce F. Ofsa, and Pinnacle Bank, and advise this Court that all matters between them have been compromised and resolved, and therefore have agreed to dismiss this action with prejudice to the parties.

Upon due consideration and hearing no objection thereto, the Court does herby grant said Motion and does hereby **ORDER** that this action be and the same is hereby **DISMISSED WITH PREJUDICE** as to all parties. The parties are to bear their own costs and attorney's fees.

The Clerk is directed to provide attested copies of this Order to all counsel of record.

ENTERED this  18th  day of  November , 2022.

                                                          *[signature: Tom S Kleeh]*
                                                           Judge Thomas S. Kleeh

Respectfully prepared by:

/s/ Mark A. Kepple
Mark A. Kepple, Esquire
W.Va. Bar ID # 7470

Bailey & Wyant, P.L.L.C.
1219 Chapline Street
Wheeling, WV 26003
(304)233-3100
(304)233-0201
mkepple@baileywyant.com
*Counsel for Plaintiffs*

Agreed to by:

Wendy G. Adkins, Esquire
WV State Bar No.: 9412
JACKSON KELLY PLLC
150 Clay Street, Suite 500
Morgantown, WV 26501

Marlo Orlin Leach, Esquire
Stephen Lowe, Esquire
Leach & Lowe LLC
6111 Peachtree Dunwoody Road, N.E.
Building D
Atlanta, Georgia 30328
*Counsel for Primax Properties, LLC,*
*Tractor Supply Co., and Jane Properties, LLC.*